UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA,                        Ind. 08 Cr 379

            - against -                          **NOTICE OF APPERANCE**
PETER DACOSTA,

                    Defendant.

------------------------------------------X

Sirs:

    **PLEASE TAKE NOTICE**, that the above named Defendant, Peter Dacosta, has retained new counsel Gary S. Villanueva to replace CJA counsel Michael Hurwitz in the above action. Mr. Villanueva Hereby files his notice of appearance in this action.

Dated: New York, New York
       May 5, 2008

                                        Respectfully,


                                        GARY S. VILLANUEVA, Esq.
                                        Attorney For Defendant
                                        401 Broadway Suite 1503
                                        New York, N.Y. 10013
                                        (212) 219-0100