UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-                          Indictment 08-379

                                          **NOTICE OF APPEARANCE**

RAYMOND DACOSTA …
WINSTON SMITH, et al.

                Defendants.
_____

    PLEASE TAKE NOTICE that I appear in the within action as counsel for

Defendant WINSTON SMITH.


Dated May 2, 2008                /s/ Martin B. Adelman
                                        Attorney for Defendant
                                        WINSTON SMITH
                                        225 Broadway – Suite 1804
                                        New York N.Y.  10007
                                        Tel. (212) 732 – 4343
                                        Fax. (212) 587 - 0570