UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America,           :
                                    :
                                    :      08 CR 379-10 (LAP)
                    Plaintiff(s),   :      12 CR 189-01 (LAP)
                                    :
                                    :      SCHEDULING ORDER
          -against-                 :
                                    :
Winston Smith,                      :
                                    :
                    Defendant(s).   :
                                    :
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

          It is hereby

          ORDERED that the proceeding scheduled for August 30,

2023 at 11:30 am is adjourned to September 27, 2023 at 10:30 am.


SO ORDERED.

_____

          Loretta A. Preska, Senior U.S.D.J.


Dated:     New York, New York
           August 10, 2023