```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA    :        08-cr-00379 (LAP)
                            :        12-cr-00189 (LAP)
                            :
         v.                 :        ORDER
                            :
WINSTON SMITH,              :
                            :
         Defendant.         :
-------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel and Mr. Smith shall appear for a conference on September 20 at 11:00.

**SO ORDERED.**

Dated:    New York, New York
           September 13, 2023

_____
LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE

1