UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

UNITED STATES OF AMERICA

       -against-                               **ORDER**

                                                08 CR 379 (LAP)
                                                12 CR 189 (LAP)

_Winston Smith_                              Docket#
----------------------------------------X

_Loretta A. Preska_, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case

_David Cohen_          is hereby ordered substituted
  Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _Karloff Commissiong_ , NUNC-PRO-TUNC _September 20, 2023_
                                 Attorney's Name

                                          SO ORDERED.

                                    _/s/ Loretta A. Preska_
                                UNITED STATES DISTRICT JUDGE

Dated:   New York, New York